**Opinion issued November 1, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00716-CV

_____

**WILLIS TODD RIDDELL, CRAIG STOVER LITTLE, SHAE RIDDELL, INDIVIDUALLY AND ON BEHALF OF SURGICAL CONCEPTS AND INNOVATIONS, LLC, Appellants**

**V.**

**MEDEX MEDICAL & LOGISTICS, LLC AND GRUPO VITALMEX, S.A. DE C.V., Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-15414**

---

## MEMORANDUM OPINION

Appellants filed a motion to dismiss their appeal. No opinion has issued. More than ten days have passed since the filing of appellants' motion and appellees have not filed a response.

We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.